JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL LABOR-MANAGEMENT COOPERATION COMMITTEE, THE CONTRACT COMPLIANCE FUND, and THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>           Plaintiffs,<br><br>     vs.<br><br>KT INDUSTRIES, INC., a California corporation,<br><br>           Defendant. | CASE NO.:  SACV08-00855 JVS (RZx)<br><br>**JUDGMENT** |

///

///

///

///

190273.1

1

1   This action having been commenced on February 7, 2008, and the Court having
2  approved the stipulation of the parties for entry of judgment against Defendant, and for
3  good cause shown, IT IS HEREBY ORDERED AND DECREED that:
4   Plaintiffs, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA
5  PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA
6  HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY
7  ELECTRICAL EDUCATION AND TRAINING TRUST FUND, TRUSTEES OF THE
8  NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF SOUTHERN
9  CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION
10  COMMITTEE, TRUSTEES OF THE NATIONAL LABOR-MANAGEMENT
11  COOPERATION COMMITTEE, THE CONTRACT COMPLIANCE FUND, and THE
12  LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, shall recover from
13  Defendant, KT INDUSTRIES, INC., a California corporation, the principal amount of
14  $290,000.00, plus post judgment interest thereon at the rate of six percent (6%) per
15  annum. KT INDUSTRIES, INC., a California corporation, shall pay the Plaintiffs for all
16  reasonable attorney's fees and costs incurred in connection with the execution and
17  collection of the judgment rendered herein.

19  Dated: March 09, 2009.   _____
20   UNITED STATES DISTRICT COURT JUDGE

190273.1                                2